**JacksonLewis**

**MEMO ENDORSED**

Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains NY 10601
(914) 872-8060 Main
(914) 946-1216 Fax
jacksonlewis.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/2024

August 15, 2024

*VIA ECF*
Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

**Re:   Charity Danso v. Grand Central Optical 340 Madison Corp.
           Case No. 24-cv-03163 (VEC)**

Dear Judge Caproni:

We represent Defendant Grand Central Optical at Madison, Inc. (incorrectly pled as "Grand Central Optical 340 Madison Corp.") in the above-referenced matter. This case is filed under the Americans with Disabilities Act ("ADA"). We write with consent from counsel for Plaintiff Charity Danso to respectfully request that the Court adjourn the Initial Pretrial Conference in this matter currently scheduled for August 23, 2024 at 10:00 a.m. First, Plaintiff requires additional time to ask for the leave of Court to amend her Complaint to name the correct party as a defendant. Second, the parties are engaged in settlement discussions and hope to resolve this case without judicial intervention.

This is the parties' first request for an adjournment. The proposed alternative dates for the pretrial conference are October 11, 17-18, 21-23 and 25, 2024. We thank the Court for consideration.

Respectfully submitted,

Kseniya Zilberman
Tel: (914) 872-6880 Direct
Kseniya.Zilberman@jacksonlewis.com
Jackson Lewis P.C.

cc: All Counsel of Record *via* ECF

4885-9181-9992, v. 1

---

Application GRANTED. The initial pretrial conference currently scheduled for August 23, 2024, is hereby ADJOURNED to **Friday, October 18, 2024, at 10:00 A.M.** The pre-conference joint letter is due **October 10, 2024.**

SO ORDERED.

*[signature]* 8/16/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE